```
 1  KAREN P. HEWITT
    United States Attorney
 2  SANDRA B. RIGGS
    Attorney No. srA5500943
 3  Special Assistant U.S. Attorney
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6958
    Facsimile: (619) 557-5004
 6  Email: Sandra.Riggs2@usdoj.gov
    Attorneys for the Plaintiff
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>0.31 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and ESTATE OF SAMUEL SALAZAR, DECEASED, MARIA SALAZAR, ET AL.<br><br>Defendants. | Case No.: 08cv1227-L (POR)<br><br>NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION |

TO: All Defendants and Other Interested Parties:

NOTICE: You are hereby notified that on July 29, 2008, Plaintiff United States of America deposited estimated just compensation for taking the estate condemned in the amount of Two Thousand Eight Thousand One Hundred Ninety-two and No/100 ($8,192.00) with the Clerk of the Court.

DATED: July 29, 2008

KAREN P. HEWITT
United States Attorney

s/ Sandra Riggs

SANDRA B. RIGGS
Special Assistant U. S. Attorney
Sandra.Riggs2@usdoj.gov
Attorneys for Plaintiff

```
 1  KAREN P. HEWITT
    United States Attorney
 2  SANDRA B. RIGGS
    Attorney No. srA5500943
 3  Special Assistant U.S. Attorney
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6958
    Facsimile: (619) 557-5004
 6  Email: Sandra.Riggs2@usdoj.gov
    Attorneys for the Plaintiff
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 08cv1227-L (POR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| 0.31 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and ESTATE OF SAMUEL SALAZAR, DECEASED, MARIA SALAZAR, ET AL. | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION (dated 07/29/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

-see attached service list

the last known address, at which place there is delivery service of mail from the United States Postal Service.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on July 29, 2008.

_____
Tricia R. Lamb

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES

Maria Salazar
4002 Lorraine Ann Drive
La Mesa, CA 91941

Estate of Samuel Salazar
Personal Representative and address unknown

San Diego Rural Fire Protection District Community
Facilities District No. 04-1
14145 Highway 94
Jamul, CA 91935

San Diego County Tax Collector
1600 Pacific Coast Highway, Room 162
San Diego, CA 92101