KAREN P. HEWITT
United States Attorney
SANDRA B. RIGGS
Attorney No. srA5500943
Special Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6958
Facsimile: (619) 557-5004
Email: Sandra.Riggs2@usdoj.gov
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>0.31 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and ESTATE OF SAMUEL SALAZAR, DECEASED, MARIA SALAZAR, ET AL.<br><br>Defendants. | Case No.: 08cv1227-L (POR)<br><br>AMENDED NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION |

TO: All Defendants and Other Interested Parties:

NOTICE: You are hereby notified that on July 29, 2008, Plaintiff United States of America deposited estimated just compensation for taking the estate condemned in the amount of Eight Thousand One Hundred Ninety-two and No/100 ($8,192.00) with the Clerk of the Court.

DATED:   August 15, 2008           KAREN P. HEWITT
                                    United States Attorney


                                    s/ Sandra Riggs

                                    SANDRA B. RIGGS
                                    Special Assistant U. S. Attorney
                                    Sandra.Riggs2@usdoj.gov
                                    Attorneys for Plaintiff

1  KAREN P. HEWITT
   United States Attorney
2  SANDRA B. RIGGS
   Attorney No. srA5500943
3  Special Assistant U.S. Attorney
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6958
   Facsimile: (619) 557-5004
6  Email: Sandra.Riggs2@usdoj.gov
   Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,            ) | Case No.: 08cv1227-L (POR) |
|                                          ) | |
|                    Plaintiff,            ) | |
|                                          ) | |
|                                          ) | CERTIFICATE OF SERVICE |
|         v.                               ) | |
|                                          ) | |
| 0.31 ACRES OF LAND, MORE OR LESS,        ) | |
| SITUATE IN SAN DIEGO COUNTY, STATE OF    ) | |
| CALIFORNIA; and ESTATE OF SAMUEL         ) | |
| SALAZAR, DECEASED, MARIA SALAZAR,        ) | |
| ET AL.                                   ) | |
|                                          ) | |
|                    Defendants.           ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

AMENDED NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

-see attached service list

the last known address, at which place there is delivery service of mail from the United States Postal Service.

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed on August 15, 2008.

*(signature)*
Tricia R. Lamb

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES

Maria Salazar
4002 Lorraine Ann Drive
La Mesa, CA 91941

Estate of Samuel Salazar
Personal Representative and address unknown

San Diego Rural Fire Protection District Community
 Facilities District No. 04-1
14145 Highway 94
Jamul, CA 91935