UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 08cv1227-IEG (POR) |
| Plaintiff, | ORDER FOR DELIVERY OF POSSESSION |
| v. | |
| 0.31 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; ESTATE OF SAMUEL SALAZAR, DECEASED, MARIA SALAZAR, ET AL. | |
| Defendants. | |

Presently before the court is the United States' (hereinafter plaintiff) ex parte application for an order for the surrender of the estate described in Schedule E of the Complaint filed herein, to wit, a perpetual and assignable easement and right-of-way in, over and across the property described in Schedule C of said Complaint, for the location, construction, operation, maintenance, alteration and replacement of a road and appurtenances thereto. It appearing that plaintiff is entitled to possession of said estate in, over and across said property,

IT IS HEREBY ORDERED that all defendants to this action and all persons in possession or control of the property described in the Complaint filed herein shall surrender the estate described in Exhibit E of said Complaint in, over and across the property described in Exhibit C of said Complaint to plaintiff immediately. Plaintiff shall serve a notice of this order upon all persons in possession or control of the said property forthwith.

**DATED: September 4, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**