KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California State Bar No. 160515
BRETT NORRIS
Assistant U.S. Attorney
California State Bar No. 224875
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147
Facsimile:  (619) 557-5004

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>0.31 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and ESTATE OF SAMUEL SALAZAR, DECEASED, MARIA SALAZAR, ET AL.<br><br>                              Defendants. | Case No. 08cv1227 IEG (AJB)<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

  I, Christopher B. Latham, enter my appearance as lead counsel in the above-captioned case.

  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

//

1 | The following government attorney (who is admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) is also associated with this case, should be listed as co-counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Brett Norris
Assistant U.S. Attorney
United States Attorney's Office
Southern District of California
880 Front Street, Room 6293
San Diego, California 92101-8893
619-557-7738
fax 619-557-5004
email: Brett.Norris@usdoj.gov

The following government attorney (who is admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) is also associated with this case, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Tom Stahl
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Southern District of California
880 Front Street, Room 6293
San Diego, California 92101-8893
619-557-7140
fax 619-557-5004
email: Thomas.Stahl@usdoj.gov

//
//
//
//
//
//
//
//
//

1    Effective this date, <u>the following attorney is no longer associated with this case</u> and should <u>not</u>
2 receive any further Notices of Electronic Filings relating to activity in this case:

3    <u>Name</u>
Sandra B. Riggs
4    Special Assistant U.S. Attorney
United States Attorney's Office
5    Southern District of California
880 Front Street, Room 6293
6    San Diego, California 92101-8893

7 DATED:   September 9, 2008                Respectfully submitted,

8                                           KAREN P. HEWITT
                                            United States Attorney
9
                                            s/ Christopher B. Latham
10
                                            CHRISTOPHER B. LATHAM
11                                          Assistant United States Attorney
                                            Attorneys for Plaintiff
12                                          United States of America
                                            Email: Christopher.Latham@usdoj.gov

1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER B. LATHAM
   Assistant U.S. Attorney
3  California State Bar No. 160515
   BRETT NORRIS
4  Assistant U.S. Attorney
   California State Bar No. 224875
5  United States Attorney's Office
   880 Front Street, Room 6293
6  San Diego, California 92101-8893
   Telephone: (619) 557-7147
7  Facsimile:  (619) 557-5004

8  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 08cv1227-IEG (AJB) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| 0.31 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN DIEGO COUNTY, STATE OF CALIFORNIA; and ESTATE OF SAMUEL SALAZAR, DECEASED, MARIA SALAZAR, ET AL. | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

- NOTICE OF APPEARANCE

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

//

1      I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

    -see attached service list

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2008.

*Tricia R. Lamb* (signature)

Tricia R. Lamb

NAMES AND ADDRESSES OF INTERESTED PARTIES

Maria Salazar
4002 Lorraine Ann Drive
La Mesa, CA 91941

Estate of Samuel Salazar
Personal Representative and address unknown

San Diego Rural Fire Protection District Community
 Facilities District No. 04-1
14145 Highway 94
Jamul, CA 91935