AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 1 4 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America

V.

0.31 Acres of Land, More or less, Situated in San Diego County, State of California; Estate of Samuel Salazar (Deceased); Maria Salazar; et. al.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 08cv1227-IEG(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **GRANTS** Joint Motion for Order Establishing Just Compensation and Distribution of Funds. Judgment entered against United States of America in the amount of $8,192.00. Clerk shall withdraw the sum of $8,192.00, plus any interest, minus the authorized deduction. Clerk shall divide the remaining sum into two equal shares and disburse one share to Defendant Maria Salazar and the other share to Defendant Estate of Samuel Salazar. Defendants shall save and hold Plaintiff harmless from all claims or liability resulting from any unrecorded leases or agreements affecting subject property on the date of taking. Parties shall bear their own legal fees, costs and expenses. Parties shall take no appeal from any rulings or judgments made by Court. Case shall be administratively closed. Court shall retain jurisdiction over any matter to address any additional claims by real parties in interest revealed by title examination and to clarify description of the property taken as shown by survey results. Case is closed........................

| May 14, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam  *(signature)* |
| | (By) Deputy Clerk |
| | ENTERED ON May 14, 2009 |

08cv1227-IEG(AJB)